IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Charles Bracken, William Deforte,** | ) | |
| **William Jackson, and Patrick Jennings,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:16-cv-171 |
| | ) | |
| **The County of Allegheny, et al.** | ) | **United States Magistrate Judge** |
| | ) | **Cynthia Reed Eddy** |
| **Defendants.** | ) | |
| | ) | |

## ORDER

**AND NOW**, this 21st day of November, 2017, it is hereby **ORDERED** that the four pending motions to dismiss (ECF Nos. 69, 72, 74, and 76) are **GRANTED IN PART AND DENIED IN PART,** specifically, they are granted as to the federal claims and denied as to the state law claims. The Third Amended Complaint (ECF Nos. 66) is **DISMISSED WITH PREJUDICE** as to Counts I, II, III and IV. The remainder of the Third Amended Complaint is **DISMISSED WITHOUT PREJUDICE** to allow Plaintiffs an opportunity to raise these claims in state court. The Clerk of Court shall docket this case closed.

                                                                     s/ Cynthia Reed Eddy
                                                                      Cynthia Reed Eddy
                                                                      United States Magistrate Judge

cc: all registered counsel via CM-ECF